NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE ACER AMERICA CORPORATION, CYBERLINK.COM CORPORATION, GATEWAY, INC., APPLE, INC., ASUS COMPUTER INTERNATIONAL, DELL INC., MICROSOFT CORPORATION, NERO AG, NERO, INC., SONIC SOLUTIONS, SONY CORPORATION, AND SONY ELECTRONICS, INC.,
*Petitioners.*

Miscellaneous Docket No. 942

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 08-CV-0369 and 07-CV-0376, Magistrate Judge Charles Everingham IV.

## ON PETITION FOR WRIT OF MANDAMUS

## ORDER

The court having granted this petition for writ of mandamus and directed the United States District Court

for the Eastern District of Texas to transfer the underlying case,

IT IS ORDERED THAT:

The motion to stay proceedings in the United States District Court for the Eastern District of Texas is denied as moot.

FOR THE COURT

__DEC 0 3 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joshua M. Masur, Esq.
Elaine Y. Chow, Esq.
Mark C. Scarsi, Esq.
Scott F. Partridge, Esq.
George F. Pappas, Esq.
M. Craig Tyler, Esq.
Roderick M. Thompson, Esq.
Lewis V. Popovski, Esq.
Byron W. Cooper, Esq.
Clerk, United States District Court for the Eastern District Of Texas

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 03 2010

JAN HORBALY
CLERK